UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2010 APR -9 PM 4: 54
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

ARTURO DANIELS

Case Number: 6:04-CR-67-ORL-28GJK

USM Number: 25771-018

Michael Howard LaFay, CJA
189 S. Orange Avenue, Suite 1800
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One and Four of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to report to the Probation Office within 72 hours of release | December 12, 2008 |
| Four | Failure to follow the instructions of the Probation Officer | January 6, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions Two, Three, Five, Six, Seven, Eight, Nine and is discharged as to such violations condition.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
4/7/2010

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

April 9th, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 Months**.

The Court recommends to the Bureau of Prisons:

> That the Defendant participate in anger management and substance abuse programs, if available

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal